**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01553-CR
No. 05-13-01554-CR

**JOHN MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-62863-J, F13-00350-J**

## ORDER

The Court **GRANTS** appellant's August 12, 2014 motion to extend time to file his brief. We **ORDER** appellant's brief filed as of the date of this order.

In footnote 2 of the brief, counsel notes that the guilt phase jury charge for trial court no. F12-62863-J (05-13-01553-CR) is missing from the clerk's record. Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing the guilt phase jury charge for trial court no. F12-62863-J (05-13-01553-CR) or written verification the charge could not be located. Because the above cases were tried together with trial court nos. F12-62862-J and F13-00351-J, styled *Morris Jones*

*v. The State of Texas*, the District Clerk shall include the files of these two cases in his search for the missing guilt phase jury charge for trial court no. F12-62863-J.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE